**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**

WILLIAM TURNER,                          :
                                         :
                                         :
    **Plaintiff,**                       :
                                         :        **CIVIL ACTION**
**vs.**                                  :
                                         :        **FILE NO. _____**
**AMERICAN HALLMARK**                    :
**INSURANCE COMPANY OF TEXAS**           :
                                         :
    **Defendant.**                       :

## COMPLAINT

COMES NOW William Turner ("Plaintiff") and files this, his Complaint, against American Hallmark Insurance Company of Texas ("Defendant"), and states as follows:

## PARTIES

1.

Plaintiff is a resident of Fulton County, Georgia, with a principal address of 1114 Edgefield Drive, Atlanta, GA 30310.

2.

Defendant is an insurance company organized and existing under the laws of the State of Texas with its principal place of business located at 777 Main Street – Suite 1000, Forth Worth, Texas 76102. Defendant may be served in the State of Georgia by service upon its registered agent in Fulton County, Georgia, CT Corporation, 1201 Peachtree Street, Atlanta, Georgia 30361.

## JURISDICTION AND VENUE

3.

This Court has jurisdiction over this case sounding in breach of contract.  The contract of insurance involved in this case was issued and delivered in the State of Georgia to Plaintiff.

4.

Venue is proper in this Court because the property covered by the insurance contract in question is located in Fulton County, Georgia.

## INTRODUCTION

5.

Plaintiff is a resident of the State of Georgia, with a principal address of 1114 Edgefield Drive, Atlanta, Georgia 30310.

6.

On March 21, 2012, Plaintiff and Defendant entered into a valid and binding contract where in exchange for the payment of a premium, payable by Plaintiff, Defendant agreed to provide insurance to Plaintiff for her home located on 1114 Edgefield Drive, Atlanta, Georgia 30310, as well as her personal property, and also agreed to reimburse Plaintiff for additional living expenses through a Homeowner's Insurance Policy, Policy No. 307-107218-02 (the "Policy").

1.     Section 1 of the Policy states in part as follows:

**SECTION I – PROPERTY COVERAGES**

**A. COVERAGE A – DWELLING**

1.  We cover:

a.   The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling…

**C.  COVERAGE C – PERSON PROPERTY**

1.  **Covered Property**

We cover personal property owned or used by an "insured" while it is anywhere in the world…

**COVERAGE D – LOSS OF USE**

**1.  Additional Living Expense**

If a loss covered under Section I makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living…

7.

On or about April 14, 2012, Plaintiff experienced a fire at his home located at 1114 Edgefield Drive, Atlanta, Georgia 30310 (the "Fire").

8.

As a result of the Fire, Plaintiff's dwelling and personal property suffered extensive damage.

9.

Shortly after the fire, Plaintiff reported to Defendant that his dwelling and personal property were damaged as a result of the Fire (the "Claim").

10.

On or about August 30, 2012, Plaintiff provided Defendant with a signed and notarized Proof of Loss for the damage to his dwelling in the amount of $130,000.00.

11.

Upon information and belief, Plaintiff provided Defendant with a signed and notarized Proof of Loss for the damage to his personal property in the amount of $93,596.91.

12.

As a result of the Fire, Plaintiff has incurred additional living expenses as a result of not being able to reside in his home.

13.

On or about June 12, 2012, Defendant issued payment to Plaintiff for the damage to his home in the amount of $72,000.00.

14.

On or about August 10, 2012, Defendant issued payment to Plaintiff for his personal property in the amount of $8,266.67.

15.

Despite requests made by Plaintiff, Defendant has failed to issue any payment to Plaintiff for the additional living expenses he incurred as a result of the Fire, nor have they agreed to issue any additional payment for the damage to Plaintiff's home and personal property as a result of the Fire.

16.

Despite requests by Plaintiff, Defendant has refused to go to appraisal as provided for in the Policy.

## COUNT I
## BREACH OF CONTRACT

17.

Plaintiff hereby incorporates by reference her allegations set forth above in paragraphs 1 through 16 above.

18.

The Policy constitutes a valid, binding contract on the Plaintiff and Defendant.

19.

Plaintiff has fulfilled his obligations under the Policy, and has satisfied all

conditions precedent.

20.

The Policy provides that Plaintiff should receive insurance coverage for the damage to both his home and personal property as a result of the Fire.

21.

Defendant has breached the Policy by refusing to provide adequate compensation to Plaintiff for the damage to his home and personal property.

22.

Defendant has also breached the Policy by refusing to pay Plaintiff for the additional living expenses he has incurred as a result of the Fire.

23.

As a direct and proximate result of Defendant's breach of the Policy, Plaintiff has been damaged in an amount to be proven at trial.

## PRAYER

WHEREFORE, Plaintiff respectfully prays that he be granted judgment in his favor and against Defendant, for:

   a. the full amount of the property damage to his home and personal property resulting from the Fire up to the applicable limits contained in the Policy;

   b. the full amount of damages he has incurred as a result of Defendant's failure to pay additional living expenses resulting from the Fire; and

   c. all other relief deemed appropriate by this Court.


**PLAINTIFF REQUESTS A JURY OF TWELVE (12) PERSONS ON THE ISSUES AS JOINED BY THE PLEADINGS.**

Respectfully submitted this 8th day of April 2014.

**MBW LAW, LLC**

s/Michael B. Weinstein
Michael B. Weinstein
Georgia Bar No. 746386
949 Image Avenue – Suite B
Atlanta, GA 30318
(404) 228-2629 (O)
(888) 231-0613 (F)

*Attorney for Plaintiff*