# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:14-CV-1031MHS |
| AMERICAN HALLMARK INSURANCE ) | |
| COMPANY OF TEXAS, ) | |
| ) | |
| Defendant. ) | |

**DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff William Turner, by and through his attorney of record, and hereby dismisses with prejudice all of his claims against Defendant pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. No party will seek costs from any other party.

Respectfully submitted this 2nd day of March 2015.

**MBW LAW, LLC**

/s/ Michael B. Weinstein
Georgia Bar No. 746386
949 Image Avenue – Suite B
Atlanta, GA 30318
(404) 228-2629 (O)
(888) 231-0613 (F)
mike.weinstein@mbwlaw.net

*Attorney for Plaintiff*

1

2

**CONSENTED TO BY:**

THE WOODHOUSE LAW FIRM, LLC

/s/ Samuel S. Woodhouse
Georgia Bar No. 755070
260 Peachtree Street, N.W.
Suite 1402
Atlanta, GA 30303
(Office): (404) 214-7200
(Fax):  (404) 214-7202

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM TURNER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN HALLMARK INSURANCE )<br>COMPANY OF TEXAS, )<br>)<br>    Defendant. ) | CIVIL ACTION FILE<br>NO.: 1:14-CV-1031MHS |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Samuel S. Woodhouse, Esq.
The Woodhouse Law Firm, LLC
260 Peachtree Street, N.W.
Suite 1402
Atlanta, GA 30303

Respectfully submitted this 2nd day of March 2015.

                                          /s/ Michael B. Weinstein